# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1692
_____

Daniel Robert Lipsky

*Plaintiff - Appellant*

v.

Nate Cronin; Bill Wainman; Michael Close; City of Hot Springs, SD

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of South Dakota - Western
_____

Submitted: December 9, 2025
Filed: December 12, 2025
[Unpublished]
_____

Before SMITH, GRUENDER, and KOBES, Circuit Judges.
_____

PER CURIAM.

In this pro se 42 U.S.C. § 1983 action, Daniel Robert Lipsky appeals after the district court[1] granted, in part, the defendants' motion to dismiss his complaint and

---

[1]The Honorable Lawrence L. Piersol, then United States District Judge for the Western District of South Dakota, took inactive status on July 31, 2025.

granted summary judgment in favor of the defendants on the remaining claims. After careful de novo review of the record and the parties' arguments on appeal, we affirm for the reasons stated by the district court. See Malone v. Hinman, 847 F.3d 949, 952 (8th Cir. 2017) (standard of review); 8th Cir. R. 47B.

_____